**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |  |
|---|---|---|
| WECREVENTION, INC., | ) | |
| | ) | Case No. 2:25-cv-01008 |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| LENOVO GROUP LIMITED, LENOVO | ) | |
| (SHANGHAI) ELECTRONICS | ) | |
| TECHNOLOGY CO. LTD., LENOVO | ) | |
| INFORMATION PRODUCTS | ) | |
| (SHENZHEN) CO. LTD., LCFC (HEFEI) | ) | |
| ELECTRONICS TECHNOLOGY CO. LTD. | ) | |
| D/B/A/ LC FUTURE CENTER AND | ) | |
| LENOVO COMPAL FUTURE CENTER, | ) | |
| LENOVO CENTRO TECNOLÓGICO S. | ) | |
| DE R.L. DE C.V., LENOVO PC HK LTD., | ) | |
| LENOVO (BEIJING) LIMITED, LENOVO | ) | |
| ENTERPRISE TECHNOLOGY COMPANY | ) | |
| LIMITED, and LENOVO NETAPP | ) | |
| TECHNOLOGY LIMITED, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

NOW COMES Kurt Truelove, of the Truelove Law Firm, PLLC, 100 West Houston,

Marshall, Texas 75670, and enters an appearance as counsel of record for Plaintiff

WeCrevention Inc.

Mr. Truelove requests to receive notices from the Court on all issues related to this case.

DATED: March 24, 2026

Respectfully submitted,

*/s/ Kurt Truelove*
Justin Kurt Truelove
TX State Bar No. 24013653

**TRUELOVE LAW FIRM, PLLC**
100 West Houston
Marshall, Texas 75670
903-938-8321
903-215-8510 Fax
kurt@truelovelawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service

*/s/ Kurt Truelove*